USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDA JAAFAR, M.D., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK SPINE & SPORT REHABILITATION MEDICINE, P.C., <br><br> Defendants. | 24-cv-6588 (MKV) <br><br> **ORDER DENYING MOTION TO COMPEL** |

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of Plaintiff's letter motion to compel Defendant's response to Plaintiff's First Set of Interrogatories and Document Requests. [ECF No. 24]. Since the motion was filed, Defendant submitted a response indicating that it would make a production on the Plaintiff the next day. [ECF No. 25]. The next day, Defendant filed an additional letter advising the Court that Defendant had served responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents and had made an initial production of documents on Plaintiff. [ECF No. 27]. Accordingly, Plaintiff's motion to compel is DENIED as moot.

  **The parties are reminded that failure to comply with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

  The clerk of Court is respectfully requested to terminate docket entry 24.

**SO ORDERED.**

**Dated: April 23, 2025**
      **New York, New York**

                                                                          **MARY KAY VYSKOCIL**
                                                                       **United States District Judge**

2