# CR LAW OFFICE OF CHRISTINE A. RODRIGUEZ

ADMITTED IN NEW YORK AND NORTH CAROLINA

11 BROADWAY
SUITE 615
NEW YORK, NY 10004
TEL: (212) 430-6525

15720 BRIXHAM HILL AVENUE
SUITE 310
CHARLOTTE, NC 28277
TEL: (704) 981-1767

*Resolving Disputes/Protecting Your Rights*

August 12, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/13/2025
```

*Via ECF to all parties*

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

**Re: Randa Jaafar, M.D. v. New York Spine & Sport Rehabilitation Medicine, P.C.**
**Case No. 24CV06588**

**Request for Extension to File a Pre-Motion Conference Request for Summary Judgment**

Dear Judge Vyskocil:

My Firm represents the Defendant, New York Spine & Sport Rehabilitation Medicine, P.C. I write to request an extension of time until **September 17, 2025** for Defendant to file its pre-motion conference request and Rule 56.1 Statement for Defendant's anticipated motion for summary judgment. Pursuant to the Court's Memo-Endorsed Scheduling Order of July 1, 2025 [Doc. 35], fact discovery is due to close on August 18, 2025, and the post-discovery pre-trial conference is currently set for August 20, 2025. The parties' joint status letter in advance of the conference is due to the court on August 13, 2025.

I conferred with Plaintiff's counsel, Joshua Friedman, concerning this request and in connection with our preparation of the joint status letter. Mr Friedman wrote that Plaintiff "take[s] no position" on this request "because you could have ordered the transcript expedited and cannot consent to more time for you to file a baseless motion."

WWW.CRODRIGUEZLAW.COM

Defendant intends to file a motion for summary judgment, however, since Defendant's deposition was just recently completed on August 4, 2025, counsel has not yet received a copy of the deposition transcript that was ordered on the date of the deposition. I was informed by the reporting company that the earliest I would receive a transcript, even if expedited, was tomorrow, August 13, 2025, when the request would be due as part of the joint letter to the court in advance of next week's conference. I confirmed today that the transcript is scheduled to be released by the reporting company on or about August 18, 2025 (not expedited) and only after payment is tendered.

Therefore, the Defendant has not had an opportunity to review the transcript and we have not been able to prepare Defendant's Rule 56.1 Statement which, per your Honor's Individual Rules of Practice 4 (A) (i), we are required to submit with our request for a pre-motion conference prior to making our motion summary judgment.

Once we receive the transcript, which we intend to obtain as soon as we are notified that it will be released by the reporting company, we can prepare our Rule 56.1 Statement. Based my current schedule and commitments in other matters for my office, I anticipate that I will need until at least September 17, 2025, which is one month after next week's conference with the Court, to complete the Defendant's pre-motion conference request and Rule 56.1 statement. This amount of time should also allow for any unforeseen further delay in obtaining the transcript and for us to complete our review of it with our client.

As such, I respectfully request an extension until **September 17, 2025** for Defendant to submit its pre-motion conference request and Rule 56.1 Statement for summary judgment.

Thank you for your kind consideration of this request.

> IT IS HEREBY ORDERED that Defendant's requested extension is GRANTED.
> IT IS FURTHER ORDERED that the Wednesday, August 20, 2025 post-discovery conference is adjourned *sine die.*
> IT IS FURTHER ORDERED that, on or before September 17, 2025, the parties shall file any pre-motion letters, the joint letter described on page 4 of the Civil Case Management Plan [ECF No. 23], and any other materials required by this Court's Individual Rules prior to a post-discovery conference. The Court will thereafter determine if a post-discovery conference is necessary.
> SO ORDERED.
> Date: 8/13/2025
> New York, New York            Mary Kay Vyskocil
>                              United States District Judge

Respectfully submitted,

Christine A. Rodriguez



LAW OFFICE OF CHRISTINE A. RODRIGUEZ
WWW.CRODRIGUEZLAW.COM