UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RANDA JAAFAR, M.D.,

                              **Plaintiff,**                  24-CV-06588 (MKV)(SN)

          -against-                                 **ORDER**

NEW YORK SPINE & SPORT
REHABILITATION MEDICINE, P.C.,

                              **Defendant.**
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, September 29, 2025, the Honorable Mary Kay Vyskocil assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:     September 30, 2025
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2025