**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

RANDA JAAFAR, M.D.,

Plaintiff,

-against-

24 **CIVIL** 6588 (MKV)

**JUDGMENT**

NEW YORK SPINE & SPORT
REHABILITATION MEDICINE, P.C.,

Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 29, 2026, Defendant's motion for summary judgment is GRANTED. Defendant is entitled to judgment as a matter of law dismissing all federal claims with prejudice and all state law claims without prejudice to renewal in state court; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**